IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RORY L. KENT, SR., | § § § |
| *Plaintiff,* | § § |
| v. | §  CASE NO. 2:21-CV-150-WKW-JTA |
| | § § |
| HUNTER WARFIELD, INC., | § § |
| *Defendant.* | § § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Defendant, Hunter Warfield, Inc., and Plaintiff, Rory L. Kent, Sr., and file this Joint Stipulation of Dismissal With Prejudice. The parties jointly and respectfully request that this Honorable Court enter an Order dismissing this case and all pending claims asserted between the parties to this action with prejudice, costs taxed as paid.

WHEREFORE, PREMISES CONSIDERED, Defendant and Plaintiff respectfully request that this Honorable Court enter an Order dismissing this case and all pending claims asserted between the parties to this action in their entirety, with prejudice, costs taxed as paid.

Respectfully Submitted,

*/s/ L. Jackson Young, Jr.*
L. Jackson Young, Jr. (ASB-7946-G65L)

{W0699892.1}

Attorney for Defendant,
Hunter Warfield, Inc.

**OF COUNSEL:**
MOORE YOUNG FOSTER & HAZELTON, LLP
1122 Edenton Street
Birmingham, Alabama 35242
Telephone: (205) 879-8722
Telecopier: (205) 879-8831
Email: jyoung@my-defense.com

_____
Rory L. Kent, Sr.
*Pro Se Plaintiff*

400 Millers Creek Drive
Montgomery, Alabama 3617
T: (334) 201-9759
rlkentsr@yahoo.com

{W0699892.1}